| | |
|---|---|
| JEAN FORD | 12TH JUDICIAL DISTRICT COURT |
| VERSUS | SUIT NO. 2018-5118-B |
| UNION PACIFIC RAILROAD COMPANY, ET AL. | PARISH OF AVOYELLES |
| | STATE OF LOUISIANA |
| FILED: _____ | _____ |
| | DEPUTY CLERK |

## NOTICE OF FILING OF NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, Union Pacific Railroad Company, which hereby notifies this Court that it has filed a Notice of Removal of the captioned matter with the U.S. District Court for the Western District of Louisiana, Alexandria Division, a copy of which is attached hereto as Exhibit "A." Accordingly, pursuant to the provisions of Section 1446 of Title 28, United States Code, this Court shall proceed no further unless the case is remanded.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

BY: /s/ Sarah K. Casey
William H. Howard, III (#7025)
Alissa J. Allison (#17880)
Sarah K. Casey (#32385)
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5275
Facsimile: (504) 636-3975
Email: bhoward@bakerdonelson.com
aallison@bakerdonelson.com
skcasey@bakerdonelson.com

COUNSEL FOR UNION PACIFIC RAILROAD
COMPANY

EXHIBIT "B"

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on counsel of record via electronic mail, facsimile and/or by placing same in the United States mail, properly addressed and first-class postage prepaid, on this 2nd day of March 2018.

_Sarah K. Casy_