UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

|                                      |   |                                      |
|--------------------------------------|---|--------------------------------------|
| JEAN FORD                            | * |                                      |
|                                      | * | CIVIL ACTION NO. 1:18-cv-00265       |
| **Plaintiff,**                       | * |                                      |
|                                      | * |                                      |
| v.                                   | * | JUDGE JAMES T. TRIMBLE, JR.          |
|                                      | * |                                      |
| UNION PACIFIC RAILROAD, ET AL.       | * | MAGISTRATE JUDGE                     |
|                                      | * | JOSEPH H. L. PEREZ-MONTES            |
| **Defendants.**                      | * |                                      |
|                                      | * | JURY TRIAL REQUESTED                 |

* * * * * * * * * * * * * * * * * * * * * * * * * *

LIST OF PARTIES AND PLEADINGS SUBMITTED PURSUANT TO
28 U.S.C. § 1447(b) AND COURT ORDER IN CONNECTION
WITH NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, come Defendants, Union Pacific

Railroad Company ("Union Pacific") and Robert Gomez ("Gomez"), and respectfully comply

with this Court's Order of March 6, 2018, as follows and submit:

I.

All parties and counsel in this matter are as follows:

A.    Plaintiff, Jean Ford, is represented by:

| | |
|---|---|
| S. Reed Morgan | Jerold E. Knoll |
| The Carlson Law Firm | Jerold E. Knoll, Jr. |
| 100 E. Central Texas Expressway | Edmond H. Knoll |
| Killeen, Texas 76541 | Laura B. Knoll |
| Telephone: (800) 359-5690 | The Knoll Law Firm |
| Facsimile: (254) 526-8204 | 233 S. Main St. |
| E-mail: rmorgan@carlsonattorneys.com | Marksville, Louisiana 71351 |
| | Telephone: (318) 253-6200 |
| And | Facsimile: (318) 253-4044 |
| | Email: eddie@knolllawfirm.com |
| | eddiejr@knolllawfirm.com |

B.    Defendants, Union Pacific Railroad Company and Robert Gomez, are represented by:

William H. Howard, III (#7025)
Alissa J. Allison (#17880)
Sarah K. Casey (#32385)
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:  (504) 566-5275
Facsimile:  (504) 636-3975
Email: bhoward@bakerdonelson.com
        aallison@bakerdonelson.com
        skcasey@bakerdonelson.com

II.

Copies of all records and proceedings occurring in the State Court record were filed with the Court at the time of filing of the Notice of Removal. [R. Doc. No. 1-1].

III.

A list of all documents included in the State Court record, arranged by order of filing date, is as follows:

(1)    Plaintiff's Petition for Damages, dated January 26, 2018;
(2)    Citation issued to Union Pacific Railroad Company.

IV.

The undersigned certifies that the above constitutes the entire state court record.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY:   */s/ Sarah K. Casey*
    William H. Howard, III (#7025)
    Alissa J. Allison (#17880)
    Sarah K. Casey (#32385)
    201 St. Charles Avenue, Suite 3600
    New Orleans, LA  70170
    Telephone:  (504) 566-5275
    Facsimile:  (504) 636-3975
    Email: bhoward@bakerdonelson.com
          aallison@bakerdonelson.com
          skcasey@bakerdonelson.com

**COUNSEL FOR UNION PACIFIC RAILROAD
COMPANY AND ROBERT GOMEZ**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 13th day of March 2018, a true and correct copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who have consented to electronic notification.  I further certify that a copy of the foregoing document and the notice of electronic filing have been sent via e-mail, to the following non-CM/ECF participant:

    S. Reed Morgan
    The Carlson Law Firm
    100 E. Central Texas Expressway
    Killeen, Texas  76541
    RMorgan@carlsonattorneys.com

    */s/ Sarah K. Casey*