## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **JEAN FORD** | § | **CIVIL ACTION NO. 1:18-cv-265** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VERSUS** | § | **JUDGE JAMES T. TRIMBLE, JR.** |
| | § | |
| **UNION PACIFIC RAILROAD** | § | |
| **COMPANY, ET AL.** | § | |
| | § | **MAG. JOSEPH H.L. PEREZ-MONTES** |
| **Defendants.** | § | |
| | § | |

## ORDER

    Considering Union Pacific Railroad Company and Robert Gomez's Motion for Leave to File Sur-Reply Memorandum in Further Opposition to Plaintiff's Motion to Remand,

    **IT IS ORDERED** that Defendants' Motion for Leave be DENIED.


Signed at Alexandria, Louisiana, this  17  day of May, 2018.


_____
UNITED STATES MAGISTRATE JUDGE