UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JEAN FORD** | **CASE NO. 1:18-CV-00265** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **UNION PACIFIC RAILROAD CO** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MINUTES OF COURT:**
**Evidentiary Hg**

| | | | |
|---|---|---|---|
| Date: | July 17, 2018 | Presiding: | Magistrate Judge Joseph H. L. Perez-Montes |
| Court Opened: | 11:13 a.m. | Courtroom Deputy: | Yvonna Tice |
| Court Adjourned: | 12:02 p.m. | Court Reporter: | LCR |
| **Statistical Time:** | **00:49** | Courtroom: | 3rd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| Stephen Morgan | For | Jean Ford, Plaintiff |
| William H Howard III | For | Union Pacific Corp, Defendant |

**PROCEEDINGS**

**Case called for MOTION HEARING, [doc 9, Motion to Remand]**

**COMMENTS:**
The matter is taken under advisement.