UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **JEAN FORD** | § | CIVIL ACTION NO. 1:18-cv-265 |
| **Plaintiff,** | § | |
| VERSUS | § | UNASSIGNED DISTRICT JUDGE |
| UNION PACIFIC RAILROAD COMPANY, ET AL. | § | |
| | § | MAG. JOSEPH H.L. PEREZ-MONTES |
| **Defendants.** | § | |

**UNION PACIFIC RAILROAD COMPANY AND ROBERT GOMEZ'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND
<u>NOTING NON-DIVERSE DEFENDANTS WERE NOT SERVED</u>**

Defendants, Union Pacific Railroad Company and Robert Gomez, respectfully request leave to file the attached brief in opposition to Plaintiff's Motion to Remand[1] setting forth an additional reason why Union Pacific's removal on diversity grounds was proper and Plaintiff's Motion to Remand should be denied. As recognized by Louisiana federal courts, removal is proper under 28 U.S.C. § 1441 even when one or more named defendants are not diverse, if the non-diverse defendants have not been served at the time of the removal. *Gross v. Old Republic Ins. Co.*, No. 2:17-CV-65, 2017 WL 6460054, at *1 (W.D. La. Dec. 18, 2017); *Leech v. 3M Co.*, 278 F. Supp. 3d 933, 943 (E.D. La. 2017); *Colletti v. Bendix*, No. CV 16-308, 2016 WL 770646, at *2 (E.D. La. Feb. 29, 2016); *Harvey v. Shelter Ins. Co.*, No. CIV.A. 13-392, 2013 WL 1768658, at *2 (E.D. La. Apr. 24, 2013).

Plaintiff filed her Petition for Damages on January 26, 2018.[2] A citation was issued to Union Pacific on January 29, 2018.[3] Union Pacific was served with the Petition on February 2,

---

[1] [R. Doc. No. 9].
[2] [R. Doc. No. 1-1], at p. 2.

2018. Union Pacific timely filed its Notice of Removal on March 2, 2018, asserting complete diversity.[4] As set forth in the Notice of Removal and shown by the state court record attached thereto, no citation was issued as of the time of removal to any of the individual defendants - Robert Gomez, Kenneth Mallett, and Vyron Carter.[5]

Plaintiff filed a Motion to Remand on April 2, 2018, arguing complete diversity does not exist because Mallett and Carter are citizens of Louisiana and are properly joined.[6] Union Pacific filed a timely opposition to the Motion for Remand, arguing Mallett and Carter are improperly joined and therefore, do not destroy complete diversity.[7] The Court held oral argument on the Motion to Remand, and the Court has taken the matter under advisement.

Union Pacific maintains that the removal was proper because the non-diverse defendants are improperly joined. Additionally, and independent of the improper joinder, the Motion to Remand should be denied on the sole basis that neither of the forum defendants were served as of the time of removal. Because 28 U.S.C. § 1441(b)(2), known as the "forum defendant rule," prohibits removal on diversity grounds only when "any of the parties in interest properly joined ***and served*** as defendants is a citizen of the State in which such action is brought," Union Pacific's removal is not prohibited by the forum defendant rule. As presented in the attached supplemental brief, Louisiana federal courts have upheld the clear language of the statute and rejected arguments to the contrary.

---

[3] [R. Doc. No. 1-1], at p. 7.
[4] [R. Doc. No. 1].
[5] [R. Doc. No. 1], at p. 2. [R. Doc. No. 1-1], at p. 6. It remains true that none of these individual defendants have been served with the Petition.
[6] [R. Doc. No. 9].
[7] [R. Doc. No. 12].

Defendants seek leave of Court to file the supplemental brief presenting an additional and independent reason why removal was proper on diversity grounds and Plaintiff's Motion to Remand should be denied.

**WHEREFORE**, Defendants pray their Motion for Leave be granted and the attached supplemental brief be entered into the record.

### RULE 7.4.1 CERTIFICATE

Undersigned counsel sought consent to this Motion from Plaintiff's counsel opposes.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY: *Sarah K. Casey*
William H. Howard, III, T.A. (#7025)
Alissa J. Allison (#17880)
Sarah K. Casey (#32385)
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5275
Facsimile: (504) 636-3975
Email: bhoward@bakerdonelson.com
aallison@bakerdonelson.com
skcasey@bakerdonelson.com

**COUNSEL FOR UNION PACIFIC RAILROAD
COMPANY AND ROBERT GOMEZ**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of September 2018, a true and correct copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that a copy of the foregoing document and the notice of electronic filing have been sent via e-mail and/or United States mail, first-class, postage prepaid and properly addressed, to the following CM/ECF non-participants: None.

             *Sarah K. Casey*