UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **JEAN FORD** | § | **CIVIL ACTION NO. 1:18-cv-265** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VERSUS** | § | **UNASSIGNED DISTRICT JUDGE** |
| | § | |
| **UNION PACIFIC RAILROAD COMPANY, ET AL.** | § | |
| | § | **MAG. JOSEPH H.L. PEREZ-MONTES** |
| **Defendants.** | § | |

## ORDER

Considering Union Pacific Railroad Company and Robert Gomez's Motion for Leave to File Supplemental Brief in Opposition to Plaintiff's Motion to Remand Noting Non-Diverse Defendants Were Not Served,

**IT IS ORDERED** that Defendants' Motion for Leave be granted and that Union Pacific Railroad Company and Robert Gomez's Supplemental Brief in Opposition to Plaintiff's Motion to Remand Noting Non-Diverse Defendants Were Not Served be entered into the record.

Signed at Alexandria, Louisiana, this ___ day of September, 2018.

---
UNITED STATES MAGISTRATE JUDGE