RECEIVED
FEB 13 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEAN FORD | CASE NO. 18-CV-00265 |
| -vs- | JUDGE DRELL |
| UNION PACIFIC RAILROAD CO., ET AL. | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 31), and after a de novo review of the record including the objections filed by Plaintiff (Doc. 32) and Defendant's response thereto (Doc. 34), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's "Motion to Remand" (Doc. 9) is DENIED. It is further,

ORDERED that Defendants Kenneth Mallett and Vyron Carter are DISMISSED without prejudice.

In so ruling, we note certain non-dispositive errors in Defendants' reply brief at pp. 3-4. Defendants mistakenly argued the standard of review in that they seem to have forgotten this is not a Ruling from the Magistrate Judge, but is only a Report and Recommendation, issued in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). The proper method of review by the District Court is stated therein and was applied in this matter.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 12th day of February, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE