UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JEAN FORD** | **CASE NO. 1:18-CV-00265** |
| **VERSUS** | **JUDGE DRELL** |
| **UNION PACIFIC RAILROAD CO** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### ORDER

Considering the Proposed Plan of Work submitted herein,

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the Scheduling Order in this case, subject to the following modifications: _____ _____

It appearing to the Court that the provisions of the Plan of Work will be satisfied on May 4, 2020,

IT IS FURTHER ORDERED that a pretrial conference be held, in Chambers, on **September 17, 2020 beginning at 10:00 a.m.**

IT IS FURTHER ORDERED that the Clerk of Court send out the Civil Case Management Order No. 2 – Pretrial Proceedings.

IT IS FURTHER ORDERED that counsel are to review this Court's Standing Order-Possession and Use of Electronic Devices in the Courtroom found on our website at www.lawd.uscourts.gov on Judge Dee D. Drell's forms page.

THUS DONE in Chambers on this __18th__ day of __June__, 2019.

*[signature]*
Joseph H. L. Perez-Montes
United States Magistrate Judge

2