UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Jean Ford<br>Plaintiff | Civil No.  18-CV-00265 |
| VS.<br>Union Pacific Railroad, and Robert Gomez<br>Defendants | Judge  Drell<br>Magistrate Judge  Perez-Montes |

## PROPOSED PLAN OF WORK

On Thursday, March 14, 2019, the following individuals participated in a meeting ☒ by telephone/other electronic means, or ☐ in person during which this Plan of Work was formulated:

Alexander McSwain on behalf of S. Reed Morgan, for the plaintiff Jean Ford.
William Howard, for the defendants Union Pacific Railroad and Robert Gomez.

### Part A

Based on the information now reasonably available, the parties have agreed upon the following:

1. 12/12/2019 — Deadline for completion of discovery
2. 05/04/2020 — Final date for filing dispositive motions
3. 07/10/2019 — Final date for adding parties
4. 7/10/2019 — Final date for filing amended pleadings
5. 02/05/2020 — Final date for employing experts
6. 02/05/2020 — Final date for exchanging reports of experts
7. 04/02/2020 — Final date for taking depositions of experts
8. 04/15/2019 — Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made

9. Considering the subjects addressed by Fed. R. Civ. P. 26(f), the parties propose the following changes, limitations, or other matters: ☐ NONE; or

   Plaintiff shall disclose her experts by Wednesday, January 8, 2020;

   Defendants shall disclose their experts by Wednesday, February 5, 2020;

   Plaintiff and Defendants have stipulated that fact discovery should end on 12/12/2019; Thereafter, discovery as to experts should close on April 2, 2020;

*(Rev. 1/28/13)*

.

**Part B**

The following areas of disagreement, issues, or problems have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process:  ☒  NONE; or _____.

                             Respectfully submitted,

                             */s/ S. Reed Morgan*
                             ATTORNEY
                             THE CARLSON LAW FIRM
                             Texas State Bar No: 14452300
                             100 E. Central Texas Expy
                             Killeen, TX 76541
                             Telephone: (800) 359-5690
                             Facsimile: (254) 526-8204
                             E-Mail: rmorgan@carlsonattorneys.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 12th day of April, 2019, a true and correct copy of the

foregoing Joint Proposed Statement of Work was served on the below listed counsel via electronic filing:

    **Baker, Donelson, Bearman,**
    **Caldwell, & Berkowitz, PC**
    William H. Howard, III
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana 70170
    Email: bhoward@bakerdonelson.com

                             By: */s/ S. Reed Morgan*

                                                                         (Rev. 1/2/13)

Plan of Work
Page 3

*(Rev. 1/2/13)*

*(Rev. 1/2/13)*